# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: CAMPBELL, DOUGLAS L | § | Case No. 10-20217-BB |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 05/03/2013 in Courtroom         , United States Courthouse, 150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 03/28/2013     By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                         Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL 60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: CAMPBELL, DOUGLAS L § Case No. 10-20217-BB
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 102,990.28 |
| *and approved disbursements of* | $ 42,073.97 |
| *leaving a balance on hand of* [1] | $ 60,916.31 |
| **Balance on hand:** | $ 60,916.31 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 60,916.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN | 8,399.51 | 0.00 | 8,399.51 |
| Trustee, Expenses - THOMAS B. SULLIVAN | 140.00 | 0.00 | 140.00 |

Total to be paid for chapter 7 administration expenses: $ 8,539.51
Remaining balance: $ 52,376.80

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $            0.00
Remaining balance:   $      52,376.80

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $            0.00
Remaining balance:   $      52,376.80

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 63,502,027.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | FORRESTON STATE BANK | 6,461.05 | 0.00 | 5.35 |
| 2 | FIRST NATIONAL BANK OF GILLMAN | 104,604.74 | 0.00 | 86.42 |
| 3 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 386.57 | 0.00 | 0.32 |
| 4 | THE JOHN WARNER BANK | 1,004,371.90 | 0.00 | 829.71 |
| 5 | DYKEMA GOSSETT PLLC | 3,050.47 | 0.00 | 2.52 |
| 6 | FIRST FINANCIAL BANK N.A. | 44,067.34 | 0.00 | 36.40 |
| 7 | FIRST MIDWEST BANK'F/K/A | 102,487.59 | 0.00 | 84.66 |
| 9 | THE JOHN WARNER BANK | 1,004,371.90 | 0.00 | 829.71 |
| 10 | LEGACY BANK | 414,250.37 | 0.00 | 342.21 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 11 | FIRST NATIONAL BANK OF BEARDSTOWN | 366,163.01 | 0.00 | 302.49 |
| 12 | MARQUETTE BANK, LLC | 7,586,032.39 | 0.00 | 6,266.78 |
| 13 | FIRSTMERIT BANK, N.A. | 650,187.98 | 0.00 | 537.12 |
| 14 | GALENA STATE BANK & TRUST CO | 500,000.00 | 0.00 | 413.05 |
| 15 | BANK OF AMERICA, N.A. | 51,715,592.18 | 0.00 | 42,721.94 |

Total to be paid for timely general unsecured claims: $ 52,458.68
Remaining balance: $ -81.88

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ -81.88

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ -81.88

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-20217-BWB
Douglas L Campbell                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cturner              Page 1 of 3                  Date Rcvd: Mar 28, 2013
                              Form ID: pdf006           Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2013.
```
db          #+Douglas L Campbell,    25 Ironwood Court,    Frankfort, IL 60423-1026
15523447    +American Home Mortgage,    P.O. Box 631730,    Irving, TX 75063-0002
15523448    +Bank of America,    231 S. LaSalle St.,    Chicago, IL 60604-1435
16449208    +Bank of America, N.A.,    231 South LaSalle Street,    Chicago, IL 60604-1435,
              Attn: John M. Schuessler
15523449    +Banterra Bank,   c/o James L. Van Winkle,    301 S. Jackson St.,    McLeansboro, IL 62859-1431
15523450    +Charles S. Crescenzo,    12921 W. Baker Road,    Manhattan, IL 60442-9375
15523451   #+Craig L. Campbell,    15684 E. 2200 N. Rd.,    Danville, IL 61834-5374
15523452    +Dykema Gossett PLLC,    400 Renaissance Center,    Detroit, MI 48243-1603
15523453    +Elizabeth State Bank,    n/k/a Galena State Bank,    151 Main Street,    Elizabeth, IL 61028-8800
15523454    +Federal Deposit Insurance Corporation,    500 West Monroe Street,    Suite 3500,
              Chicago, IL 60661-3784,    ATTN:   Gregory K. Watson
16116658    +First Financial Bank, N.A.,    One Towne Centre,    Danville, IL 61832-5895
16346179    +First National Bank of Beardstown,    1 North Side Square,    Winchester,Illinois 62694-1259
15523456    +First National Bank of Gillman,    n/k/a Edgar County Bank & Trust Co.,    P.O. Box 8,
              Gilman, IL 60938-0008
15523457     First National Bank of Winchester,   n/k/a First Nat'l Bank of Beardstown,
              1 South Winchester Ave.,    Winchester, IL  62694
16430364    +FirstMerit Bank, N.A.,    c/o Matthew A. Olins, Esq.,    Duane Morris LLP,
              190 S. LaSalle St., Suite 3700,    Chicago, IL 60603-3433
15523458    +Forreston State Bank,    200 Main Street,    Forreston, IL 61030-7702
15839766    +Forreston State Bank,    C/O Yalden Olsen & Willette,    1318 E State St,    Rockford, IL 61104-2228
16438776    +Galena State Bank & Trust Co,    Successor to Elizabeth State Bank,
              c/o Michael G Horstman Jr Atty at Law,    P O BOX 5131,    Springfield, IL 62705-5131
15523459    +George Washington Savings Bank,    c/o Charlie G. McCarthy,    800 Enterprise Drive,    Suite 204,
              Oak Brook, IL 60523-4217
15523460    +KPMG,    303 E. Wacker Drive,    Chicago, IL 60601-5230
15523461    +Legacy Bank,    15100 N 78th Way,    Suite 200,    Scottsdale, AZ 85260-2506
16262818    +Legacy Bank,    % A C Lacey/Stinson Morrison Hecker LLP,    1850 N Central Ave, #2100,
              Phoenix, AZ 85004-4584
16428143    +Marquette Bank, LLC,    c/o William J. Barrett,    Barack Ferrazzano, et al.,
              200 West Madison St., Suite 3900,    Chicago, Illinois 60606-3459
15523463    +Marquette Bank, LLC,    c/o George Mesires,    Barrack Ferranzzano, et al.,
              200 W. Madison St. - Suite 3900,    Chicago, IL 60606-3459
15523466    +Rock River Bank,    n/k/a Harvard State Bank,    101 South 4th Street,    Oregon, IL 61061-1609
16131697    +The Harvard State Bank,    c/o Marcos Reilly,    Hinshaw & Culbertson LLP,
              222 N. LaSalle St, Suite 300,    Chicago, IL 60601-1081
15523468    +The John Warner Bank,    n/k/a The State Bank of Lincoln,    301 South Side Square,
              Clinton, IL 61727-1654
15523469    +Wells Fargo Bank N.A.,    C/O Pierce & Associates, P.C.,    1 North Dearborn, Ste 1300,
              Chicago, IL 60602-4321
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15523464    +E-mail/Text: fmb.bankruptcy@firstmidwest.com Mar 29 2013 03:17:36     First Midwest Bank'F/K/A,
              Peotone Bank and Trust Co.,    P O BOX 9003,    Gurnee, IL 60031-9003
16091055    +E-mail/Text: resurgentbknotifications@resurgent.com Mar 29 2013 01:57:09
              PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
              c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
15523465    +E-mail/Text: jjones@prestwickcc.com Mar 29 2013 02:05:09     Prestwick Country Club,
              601 Prestwick Drive,    Frankfort, IL 60423-9050
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16118252*   +First Financial Bank N.A.,    One Towne Centre,    Danville, IL 61832-5895
16118044*   +First Financial Bank, N.A.,    One Towne Centre,    Danville, IL 61832-5895
16160828*   +The John Warner Bank,    n/k/a The State Bank of Lincoln,    301 South Side Square,
              Clinton, IL 61727-1654
16160835*   +The John Warner Bank,    n/k/a The State Bank of Lincoln,    301 South Side Square,
              Clinton, IL 61727-1654
15523455   ##+First National Bank of Danville,    n/k/a First Financial Bank,    One Towne Centre,
              Danville, IL 61832-5895
15523462   ##+Lyle P. Campbell,    8525 Kearney Rd.,    Downers Grove, IL 60516-5035
15597182   ##+Sally A Campbell,    25 Ironwood Ct,    Frankfort, IL 60423-1026
15523467   ##+Scott L. Campbell,    10514 Williamsburg Trail,    Frankfort, IL 60423-2210
                                                                                   TOTALS: 0, * 4, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1           User: cturner              Page 2 of 3                  Date Rcvd: Mar 28, 2013
                               Form ID: pdf006            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 30, 2013**                    **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: cturner              Page 3 of 3                  Date Rcvd: Mar 28, 2013
                              Form ID: pdf006            Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2013 at the address(es) listed below:

```
          Andrew J Nelson    on behalf of Creditor    WELLS FARGO BANK anelson@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Bruce L Wald    on behalf of Debtor Douglas L Campbell bwald@tishlerandwald.com
          Craig A Willette    on behalf of Creditor    Forreston State Bank craigwillette@comcast.net
          Joshua M Grenard    on behalf of Creditor    Bank of America, N.A. jgrenard@mayerbrown.com,
           courtnotification@mayerbrown.com
          Lydia Y Siu    on behalf of Creditor    American Home Mortgage Servicing, Inc. lsiu@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Matthew A Olins    on behalf of Creditor    FirstMerit Bank, N.A. maolins@duanemorris.com
          Natalia Rzepka Griesbach    on behalf of Debtor Douglas L Campbell ngriesbach@tishlerwald.com,
           bmurzanski@tishlerwald.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas B Sullivan    tsullivan@innovalaw.com, IL19@ecfcbis.com
          Yanick  Polycarpe    on behalf of Creditor    WELLS FARGO BANK ypolycarpe@atty-pierce.com,
           northerndistrict@atty-pierce.com
                                                                                             TOTAL: 10
```