**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CAMPBELL, DOUGLAS L                              § Case No. 10-20217-BB
                                                        §
                                                        §
                                                        §
Debtor(s)                                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,224,820.50               Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $91,876.80   Claims Discharged
                                              Without Payment: $62,445,278.79

Total Expenses of Administration: $11,113.48

---

   3) Total gross receipts of $   102,990.28   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $102,990.28 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $745,533.44 | $39,500.00 | $39,500.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,113.48 | 11,113.48 | 11,113.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 63,541,527.49 | 62,497,655.59 | 52,376.80 |
| **TOTAL DISBURSEMENTS** | $0.00 | $64,298,174.41 | $62,548,269.07 | $102,990.28 |

4) This case was originally filed under Chapter 7 on May 03, 2010. The case was pending for 42 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/12/2013         By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009 Tax Refund | 1124-000 | 37,968.68 |
| 2004 Mercedes Benz | 1129-000 | 8,000.00 |
| 1948 Chevrolet Windsor | 1129-000 | 17,000.00 |
| 1976 MG Roadster | 1129-000 | 2,500.00 |
| 2001 Dodge Stratus RT | 1129-000 | 1,600.00 |
| 2003 Mitsubishi Eclips Spyder | 1129-000 | 6,000.00 |
| 2000 Harley Davidson Motorcyle | 1129-000 | 5,500.00 |
| 2002 Harley Davidson | 1129-000 | 6,500.00 |
| 2005 American Ironhorse Motorcycle | 1129-000 | 8,000.00 |
| 2007 Harley Davidson | 1129-000 | 9,900.00 |
| Interest Income | 1270-000 | 21.60 |
| **TOTAL GROSS RECEIPTS** | | **$102,990.28** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | FORRESTON STATE BANK | 4110-000 | N/A | 600,000.00 | 0.00 | 0.00 |
| 8 | THE HARVARD STATE BANK | 4110-000 | N/A | 106,033.44 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| 13 | FIRSTMERIT BANK, N.A. | 4210-000 | N/A | 39,500.00 | 39,500.00 | 39,500.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $745,533.44 | $39,500.00 | $39,500.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN | 2100-000 | N/A | 8,399.51 | 8,399.51 | 8,399.51 |
| THOMAS B. SULLIVAN | 2200-000 | N/A | 140.00 | 140.00 | 140.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 195.20 | 195.20 | 195.20 |
| The Bank of New York Mellon | 2600-000 | N/A | 229.66 | 229.66 | 229.66 |
| The Bank of New York Mellon | 2600-000 | N/A | 208.26 | 208.26 | 208.26 |
| The Bank of New York Mellon | 2600-000 | N/A | 200.91 | 200.91 | 200.91 |
| The Bank of New York Mellon | 2600-000 | N/A | 221.28 | 221.28 | 221.28 |
| The Bank of New York Mellon | 2600-000 | N/A | 206.97 | 206.97 | 206.97 |
| American Auction Associates, Inc. | 3610-000 | N/A | 1,203.48 | 1,203.48 | 1,203.48 |
| Rabobank, N.A. | 2600-000 | N/A | 26.33 | 26.33 | 26.33 |
| Rabobank, N.A. | 2600-000 | N/A | 81.88 | 81.88 | 81.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $11,113.48 | $11,113.48 | $11,113.48 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | FORRESTON STATE BANK | 7100-000 | N/A | 6,461.05 | 6,461.05 | 5.42 |
| 2 | FIRST NATIONAL BANK OF GILLMAN | 7100-000 | N/A | 104,604.74 | 104,604.74 | 87.67 |
| 3 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | N/A | 386.57 | 386.57 | 0.32 |
| 4 | THE JOHN WARNER BANK | 7100-000 | N/A | 1,004,371.90 | 1,004,371.90 | 841.72 |
| 5 | DYKEMA GOSSETT PLLC | 7100-000 | N/A | 3,050.47 | 3,050.47 | 2.56 |
| 6 | FIRST FINANCIAL BANK N.A. | 7100-000 | N/A | 44,067.34 | 44,067.34 | 36.93 |
| 7 | FIRST MIDWEST BANK'F/K/A | 7100-000 | N/A | 102,487.59 | 102,487.59 | 85.89 |
| 9 | THE JOHN WARNER BANK | 7100-000 | N/A | 1,004,371.90 | 0.00 | 0.00 |
| 10 | LEGACY BANK | 7100-000 | N/A | 414,250.37 | 414,250.37 | 347.17 |
| 11 | FIRST NATIONAL BANK OF BEARDSTOWN | 7100-000 | N/A | 366,163.01 | 366,163.01 | 306.87 |
| 12 | MARQUETTE BANK, LLC | 7100-000 | N/A | 7,586,032.39 | 7,586,032.39 | 6,357.55 |
| 13 | FIRSTMERIT BANK, N.A. | 7100-000 | N/A | 689,687.98 | 650,187.98 | 544.90 |
| 14 | GALENA STATE BANK & TRUST CO | 7100-000 | N/A | 500,000.00 | 500,000.00 | 419.03 |
| 15 | BANK OF AMERICA, N.A. | 7100-000 | N/A | 51,715,592.18 | 51,715,592.18 | 43,340.77 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $63,541,527.49 | $62,497,655.59 | $52,376.80 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-20217-BB  
**Case Name:** CAMPBELL, DOUGLAS L

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 05/03/10 (f)  
**§341(a) Meeting Date:** 07/01/10

**Period Ending:** 11/12/13

**Claims Bar Date:** 11/19/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 25 Ironwood Court, Frankfort, IL | 300,000.00 | 0.00 | | 0.00 | FA |
| 2 | 5 Ironwood Court | 262,500.00 | 0.00 | | 0.00 | FA |
| 3 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account - First National Bank of Gillma | 3.00 | 0.00 | | 0.00 | FA |
| 5 | Health Savings Account - Private Bank | 183.00 | 0.00 | | 0.00 | FA |
| 6 | Checking Account - Private Bank | 7.00 | 0.00 | | 0.00 | FA |
| 7 | Household Goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 8 | Books, pictures | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Three Watches | 25.00 | 0.00 | | 0.00 | FA |
| 11 | Gun collection - 25 firearms - 1/2 interest | 12,500.00 | 0.00 | | 0.00 | FA |
| 12 | Northwestern Mutual | 74,687.00 | 0.00 | | 0.00 | FA |
| 13 | Northwestern Mutual | 28,772.00 | 0.00 | | 0.00 | FA |
| 14 | Raymond James & Associates | 526,894.00 | 0.00 | | 0.00 | FA |
| 15 | 2008 Tax Refund | 4,699.50 | 0.00 | | 0.00 | FA |
| 16 | 2009 Tax Refund | Unknown | 37,968.68 | | 37,968.68 | FA |
| 17 | 2004 Mercedes Benz | 10,500.00 | 8,000.00 | | 8,000.00 | FA |
| 18 | 1948 Chevrolet Windsor | Unknown | 17,000.00 | | 17,000.00 | FA |
| 19 | 1976 MG Roadster | 2,000.00 | 2,500.00 | | 2,500.00 | FA |
| 20 | 2001 Dodge Stratus RT | 2,000.00 | 1,600.00 | | 1,600.00 | FA |
| 21 | 2003 Mitsubishi Eclips Spyder | 5,000.00 | 6,000.00 | | 6,000.00 | FA |
| 22 | 2000 Harley Davidson Motorcyle | 7,000.00 | 5,500.00 | | 5,500.00 | FA |
| 23 | 2002 Harley Davidson | 7,000.00 | 6,500.00 | | 6,500.00 | FA |
| 24 | 2005 American Ironhorse Motorcycle | 10,000.00 | 8,000.00 | | 8,000.00 | FA |
| 25 | 2007 Harley Davidson | 13,000.00 | 9,900.00 | | 9,900.00 | FA |
| 26 | Possible equity membership - Autobahn CC, Joliet | Unknown | 0.00 | | 0.00 | FA |
| 27 | Possible equity membership - Prestwick CC | 10,000.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-20217-BB  **Trustee:** (330180)   THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** CAMPBELL, DOUGLAS L  **Filed (f) or Converted (c):** 05/03/10 (f)
**§341(a) Meeting Date:** 07/01/10
**Period Ending:** 11/12/13  **Claims Bar Date:** 11/19/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Interest in Benck Farm Residcential LLC | Unknown | 0.00 | | 0.00 | FA |
| 29 | Interest in Wild Horse Wyoming Lenders | Unknown | 0.00 | | 0.00 | FA |
| 30 | Interest Pengrowth Energy Trust | Unknown | 0.00 | | 0.00 | FA |
| 31 | Interest in RCRDC Group LLC | Unknown | 0.00 | | 0.00 | FA |
| 32 | Interest in Bridgeport Commons LLC | Unknown | 0.00 | | 0.00 | FA |
| 33 | Post-Petition Interest Deposits  (u) | Unknown | N/A | | 21.60 | Unknown |
| 33 | **Assets Totals** (Excluding unknown values) | **$1,281,320.50** | **$102,968.68** | | **$102,990.28** | **$0.00** |

**Major Activities Affecting Case Closing:**

Final Report to be filed

**Initial Projected Date Of Final Report (TFR):**   December 31, 2011   **Current Projected Date Of Final Report (TFR):**   December 31, 2012

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-20217-BB  
**Case Name:** CAMPBELL, DOUGLAS L  

**Taxpayer ID #:** **-***0208  
**Period Ending:** 11/12/13  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******79-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/22/10 | | Douglas L. Campbell | per court order of 10/08/10 DEPOSIT CHECK #1002 | | 25,500.00 | | 25,500.00 |
| | {20} | | | 1,600.00 | 1129-000 | | 25,500.00 |
| | {21} | | | 6,000.00 | 1129-000 | | 25,500.00 |
| | {17} | | | 8,000.00 | 1129-000 | | 25,500.00 |
| | {25} | | | 9,900.00 | 1129-000 | | 25,500.00 |
| 10/26/10 | | American Auction Associates | Accounts Receivable DEPOSIT CHECK #4610 | | 39,500.00 | | 65,000.00 |
| | {19} | | | 2,500.00 | 1129-000 | | 65,000.00 |
| | {18} | | | 17,000.00 | 1129-000 | | 65,000.00 |
| | {24} | | | 8,000.00 | 1129-000 | | 65,000.00 |
| | {23} | | | 6,500.00 | 1129-000 | | 65,000.00 |
| | {22} | | | 5,500.00 | 1129-000 | | 65,000.00 |
| 10/29/10 | {33} | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.27 | | 65,000.27 |
| 11/17/10 | 1001 | American Auction Associates, Inc. | per court order of 11/12/10 | 3610-000 | | 1,203.48 | 63,796.79 |
| 11/30/10 | {33} | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.59 | | 63,798.38 |
| 12/31/10 | {33} | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.62 | | 63,800.00 |
| 01/31/11 | {33} | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.62 | | 63,801.62 |
| 02/03/11 | {16} | TISHLER & WALD LTD | per court order of 01/28/11 DEPOSIT CHECK #4929 | 1124-000 | 35,989.33 | | 99,790.95 |
| 02/07/11 | {16} | TISHLER & WALD LTD | per court order of 01/28/11 DEPOSIT CHECK #4932 | 1124-000 | 1,979.35 | | 101,770.30 |
| 02/28/11 | {33} | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.24 | | 101,772.54 |
| 03/31/11 | {33} | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.59 | | 101,775.13 |
| 04/29/11 | {33} | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.50 | | 101,777.63 |
| 05/31/11 | {33} | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.59 | | 101,780.22 |
| 06/30/11 | {33} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.83 | | 101,781.05 |
| 07/29/11 | {33} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.86 | | 101,781.91 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 195.20 | 101,586.71 |
| 08/31/11 | {33} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.86 | | 101,587.57 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 236.63 | 101,350.94 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -6.97 | 101,357.91 |
| 09/30/11 | {33} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.83 | | 101,358.74 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 208.26 | 101,150.48 |
| 10/31/11 | {33} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.85 | | 101,151.33 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 200.91 | 100,950.42 |
| 11/30/11 | {33} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.82 | | 100,951.24 |

Subtotals: $102,988.75  $2,037.51

{} Asset reference(s)

Printed: 11/12/2013 12:01 PM  V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-20217-BB  
**Case Name:** CAMPBELL, DOUGLAS L  
**Taxpayer ID #:** **-***0208  
**Period Ending:** 11/12/13

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******79-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 221.28 | 100,729.96 |
| 12/30/11 | {33} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.85 |  | 100,730.81 |
| 12/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 206.97 | 100,523.84 |
| 01/26/12 | {33} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.68 |  | 100,524.52 |
| 01/26/12 |  | Transfer to Acct #9010013192 | Bank Funds Transfer | 9999-000 |  | 100,524.52 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 102,990.28 | 102,990.28 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 0.00 | 100,524.52 |  |
|  |  |  | **Subtotal** |  | 102,990.28 | 2,465.76 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$102,990.28** | **$2,465.76** |  |

{} Asset reference(s)

Printed: 11/12/2013 12:01 PM     V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-20217-BB  
**Case Name:** CAMPBELL, DOUGLAS L  
**Taxpayer ID #:** **-***0208  
**Period Ending:** 11/12/13  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Capital One  
**Account:** ********92 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/26/12 | | Transfer from Acct #004120857965 | Bank Funds Transfer | 9999-000 | 100,524.52 | | 100,524.52 |
| 05/01/12 | 1001 | FIRSTMERIT BANK NA | Proceeds - Sale of Debtor's Vehicle | 4210-000 | | 39,500.00 | 61,024.52 |
| 01/10/13 | 1002 | THOMAS B. SULLIVAN, BANKRUPTCY TRUS | Trustee reassignment transfer | 9999-000 | | 61,024.52 | 0.00 |
| | | | ACCOUNT TOTALS | | 100,524.52 | 100,524.52 | $0.00 |
| | | | Less: Bank Transfers | | 100,524.52 | 61,024.52 | |
| | | | **Subtotal** | | **0.00** | **39,500.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$39,500.00** | |

{} Asset reference(s)

Printed: 11/12/2013 12:01 PM    V.13.13

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 10-20217-BB  
**Case Name:** CAMPBELL, DOUGLAS L  
**Taxpayer ID #:** **-***0208  
**Period Ending:** 11/12/13

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****955866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | BRADLEY WALLER | TRANSFER OF FUNDS FROM PREVIOUS TRUSTEE | 9999-000 | 61,024.52 | | 61,024.52 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.33 | 60,998.19 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.88 | 60,916.31 |
| 05/16/13 | 101 | THOMAS B. SULLIVAN | Dividend paid 100.00% on $8,399.51, Trustee Compensation; Reference: | 2100-000 | | 8,399.51 | 52,516.80 |
| 05/16/13 | 102 | THOMAS B. SULLIVAN | Dividend paid 100.00% on $140.00, Trustee Expenses; Reference: | 2200-000 | | 140.00 | 52,376.80 |
| 05/16/13 | 103 | FORRESTON STATE BANK | Dividend paid 0.08% on $6,461.05; Claim# 1U; Filed: $6,461.05; Reference: | 7100-000 | | 5.42 | 52,371.38 |
| 05/16/13 | 104 | FIRST NATIONAL BANK OF GILLMAN | Dividend paid 0.08% on $104,604.74; Claim# 2; Filed: $104,604.74; Reference: | 7100-000 | | 87.67 | 52,283.71 |
| 05/16/13 | 105 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | Dividend paid 0.08% on $386.57; Claim# 3; Filed: $386.57; Reference: | 7100-000 | | 0.32 | 52,283.39 |
| 05/16/13 | 106 | THE JOHN WARNER BANK | Dividend paid 0.08% on $1,004,371.90; Claim# 4; Filed: $1,004,371.90; Reference: | 7100-000 | | 841.72 | 51,441.67 |
| 05/16/13 | 107 | DYKEMA GOSSETT PLLC | Dividend paid 0.08% on $3,050.47; Claim# 5; Filed: $3,050.47; Reference: | 7100-000 | | 2.56 | 51,439.11 |
| 05/16/13 | 108 | FIRST FINANCIAL BANK N.A. | Dividend paid 0.08% on $44,067.34; Claim# 6; Filed: $44,067.34; Reference: | 7100-000 | | 36.93 | 51,402.18 |
| 05/16/13 | 109 | FIRST MIDWEST BANK'F/K/A | Dividend paid 0.08% on $102,487.59; Claim# 7; Filed: $102,487.59; Reference: | 7100-000 | | 85.89 | 51,316.29 |
| 05/16/13 | 110 | LEGACY BANK | Dividend paid 0.08% on $414,250.37; Claim# 10; Filed: $414,250.37; Reference: | 7100-000 | | 347.17 | 50,969.12 |
| 05/16/13 | 111 | FIRST NATIONAL BANK OF BEARDSTOWN | Dividend paid 0.08% on $366,163.01; Claim# 11; Filed: $366,163.01; Reference: | 7100-000 | | 306.87 | 50,662.25 |
| 05/16/13 | 112 | MARQUETTE BANK, LLC | Dividend paid 0.08% on $7,586,032.39; Claim# 12; Filed: $7,586,032.39; Reference: | 7100-000 | | 6,357.55 | 44,304.70 |
| 05/16/13 | 113 | FIRSTMERIT BANK, N.A. | Dividend paid 0.08% on $650,187.98; Claim# 13; Filed: $689,687.98; Reference: | 7100-000 | | 544.90 | 43,759.80 |
| 05/16/13 | 114 | GALENA STATE BANK & TRUST CO | Dividend paid 0.08% on $500,000.00; Claim# 14; Filed: $500,000.00; Reference: | 7100-000 | | 419.03 | 43,340.77 |
| 05/16/13 | 115 | BANK OF AMERICA, N.A. | Dividend paid 0.08% on $51,715,592.18; Claim# 15; Filed: $51,715,592.18; Reference: | 7100-000 | | 43,340.77 | 0.00 |

Subtotals :   $61,024.52   $61,024.52

{} Asset reference(s)

Printed: 11/12/2013 12:01 PM    V.13.13

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 10-20217-BB  
**Case Name:** CAMPBELL, DOUGLAS L

**Taxpayer ID #:** **-***0208  
**Period Ending:** 11/12/13

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****955866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 61,024.52 | 61,024.52 | $0.00 |
| | | | Less: Bank Transfers | | 61,024.52 | 0.00 | |
| | | | Subtotal | | 0.00 | 61,024.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $61,024.52 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******79-65 | 102,990.28 | 2,465.76 | 0.00 |
| Checking # ********92 | 0.00 | 39,500.00 | 0.00 |
| Checking # ****955866 | 0.00 | 61,024.52 | 0.00 |
| | $102,990.28 | $102,990.28 | $0.00 |

November 12, 2013  
_____  
Date

/s/ THOMAS B. SULLIVAN, TRUSTEE  
_____  
THOMAS B. SULLIVAN, TRUSTEE

{} Asset reference(s)

Printed: 11/12/2013 12:01 PM    V.13.13